UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

Americana Investments, LLC,

Debtor.

Case No. 15-11717 HRT

Chapter 7
*Involuntary*

### ORDER RE: CREDITOR CHUN CHEE SENG'S MOTION FOR EXTENSION OF TIME TO FILE ITEMS REQUIRED BY FED.R.BANKR.P. 1007(k)

THIS MATTER comes before the Court on Creditor Chun Chee Seng's Motion for an Extension of Time to File Items required by Fed. R. BANKR. 1007(k). The Court having reviewed the file,

1. DOES FIND that the Debtor, Americana Investments, LLC failed to file a creditors' address matrix, schedules, statements of affairs and other items required by the Order for Relief.   Additionally, the Court having reviewed the file,

2. DOES FIND that Petitioning Creditor Chun Chee Seng (Petitioning Creditor) has shown good cause for an extension of time to file any of the statements, lists, schedules and a creditors' matrix on behalf of the estate.

IT IS HEREBY ORDERED that Petitioning Creditor's Motion for an Extension of Time to File Items required by Fed. R. BANKR. 1007(k) is hereby GRANTED and Petitioing Creditor shall file the items required by Fed. R. BANKR. 1007(k) by **Monday, May 11, 2015**.

FURTHER ORDERED that in the event the statements, schedules and mailing matrix are not filed by the Petitioning Creditor on or before May 11, 2015, then this case shall be deemed deficient and subject to the Standing Motion to Dismiss by the United States Trustee pursuant to Local Bankruptcy Rule 1017-3(a)(3).

Dated this 28th day of April, 2015

BY THE COURT:

*Howard Tallman*
United States Bankruptcy Judge